THE PEOPLE OF THE STATE OF NEW YORK ex rel. ELIZABETH G. PIERSON, Respondent, *v.* THOMAS M. LYNCH et al., as State Tax Commissioners of the State of New York, Appellants.

(Argued October 19, 1933; decided November 21, 1933.)

*John J. Bennett, Jr., Attorney-General* (*Joseph M. Mesnig* and *Henry Epstein* of counsel), for appellants.

*Charles W. Pierson* for respondent.

*Seth T. Cole* for Commissioner of Corporations and Taxation of the Commonwealth of Massachusetts, *amicus curiæ.*

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.